# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: 1:21-cv-02147

**BRIAN JAMES CARR, individually and on behalf of all others similarly situated,**

        Plaintiff,

   v.

**ELIZABETH OSTENDORF, LLC d/b/a COLORADO BEHAVIOR AND LEARNING GROUP,**

   **and**

**ELIZABETH MARY OSTENDORF**

        Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(ii), Plaintiff and Defendants, by and through their undersigned counsel, hereby agree to dismiss this action with prejudice, with each side bearing its or his/their own attorneys' fees and costs.

Respectfully submitted,

Dated: July 13, 2022

/s/ Edmund Celiesius
Edmund C. Celiesius
Jason T. Brown
Nicholas Conlon
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
TEL: (877) 561-0000

/s/ Paul Hurcomb
Paul W. Hurcomb, #32459
Jessica L. Kyle, #29293
SPARKS WILLSON, P.C.
24 South Weber Street, Suite 400
Colorado Springs, CO 80903
TEL: (719) 634-5700
FAX: (719) 633-8477

2

FAX: (855) 582-5297  
ed.celiesius@jtblawgroup.com  
jtb@jtblawgroup.com  
nicholasconlon@jtblawgroup.com

pwh@sparkswillson.com  
jlk@sparkswillson.com

*Attorneys for Defendants*

*Attorneys for Plaintiff*